UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

INTERNATIONAL RAELIAN MOVEMENT (IRM),

        Plaintiff,

    v.

ABDULLAH HASHEM, et. al.,

        Defendants.
_____/

NO. CIV.S-08-0687 FCD/DAD

**O R D E R**

The Defendant in this matter, JOSEPH MCGOWEN, is now appearing in propria persona. Under Local Rule 72-302(c)(21) this matter is REFERRED to Magistrate Judge Dale A. Drozd for all pretrial scheduling and proceedings.

IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are VACATED. Any pending requests shall be referred to the magistrate.

IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: CIV.S-08-0687 FCD DAD PS. The Clerk shall issue an Initial Scheduling Order for Magistrate Judge.

DATED: August 5, 2008

_____
FRANK C. DAMRELL, Jr.
United States District Judge