IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INTERNATIONAL RAELIAN MOVEMENT (IRM), a Foreign Corporation,

    Plaintiff,

v.

ABDULLAH HASHEM, et al.,

    Defendants.
_____/

No. CIV S-08-0687 FCD DAD PS

ORDER SETTING FURTHER STATUS (PRETRIAL SCHEDULING) CONFERENCE

    This matter came before the court on September 26, 2008, at 11:00 a.m. for Status (Pretrial Scheduling) Conference. Thomas Dewey Easton, Esq. appeared telephonically for plaintiff. Defendant Joseph D. McGowen, proceeding pro se, appeared telephonically on his own behalf. No appearance was made by or on behalf of any other defendant.

    The court considered the status reports filed by plaintiff and by defendant McGowen, the parties' statements at the status conference, and the entire file. The court finds good cause for plaintiff's failure to effect service of process on defendants Abdullah Hashem, Dragonslayer Productions, Hashem(s) Films, and Muslims United TV within the time specified by Federal Rule of Civil Procedure 4(m). Accordingly, the court will extend plaintiff's time limit for service to November 21, 2008. The court also finds good cause to grant defendant McGowen

additional time to seek representation.  A further status conference will be held on November 21, 2008, for scheduling purposes.

        IT IS HEREBY ORDERED that:

        1. A Further Status (Pretrial Scheduling) Conference is set for **Friday November 21, 2008, at 11:00 a.m.**, in Courtroom No. 27 before the undersigned.

        2. All parties are required to appear at the Status (Pretrial Scheduling) Conference by counsel or, if acting without counsel, <u>in propria persona</u>.  Any party may appear at the conference telephonically.  To arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than three days before the Status (Pretrial Scheduling) Conference.

        3. Plaintiff shall file and serve a status report on or before **November 7, 2008,** and each defendant shall file and serve a separate status report on or before **November 14, 2008**.  Each party's status report shall address all of the following matters:

    a.    Progress of service of process;

    b.    Possible joinder of additional parties;

    c.    Any expected or desired amendment of the pleadings;

    d.    Jurisdiction and venue;

    e.    Anticipated motions and the scheduling thereof;

    f.    Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g.    Future proceedings, including the setting of appropriate cut-off dates for discovery and law and motion, and the scheduling of a final pretrial conference and trial;

    h.    Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i.    Whether the case is related to any other case, including matters in bankruptcy;

   j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

   k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

   l. Any other matters that may aid in the just and expeditious disposition of this action.

4. Plaintiff's time limit for proper service of the complaint and summons on defendants Abdullah Hashem, Dragonslayer Productions, Hashem(s) Films, and Muslims United TV is extended to November 21, 2008.

5. Plaintiff shall serve a copy of this order on any additional defendants served with the complaint and summons prior to the status conference on November 21, 2008.

DATED: September 26, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\intlraelianmovement0687.furthersc.ord

3