IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL RAELIAN MOVEMENT (IRM), a Foreign Corporation,<br><br>         Plaintiff,<br><br>   v.<br><br>ABDULLAH HASHEM, et al.,<br><br>         Defendants.<br>_____/ | No. CIV S-08-0687 FCD DAD PS<br><br>ORDER SETTING FURTHER STATUS (PRETRIAL SCHEDULING) CONFERENCE |

This matter came before the court on November 21, 2008, at 11:00 a.m. for a Further Status (Pretrial Scheduling) Conference. Thomas Dewey Easton, Esq. appeared telephonically for plaintiff. No appearance was made by or on behalf of any defendant.

The court considered the status report filed by plaintiff, the statements of counsel at the status conference, and the entire file. On the basis of plaintiff's evidence that defendant Hashem has been and may still be in Egypt, plaintiff may continue to attempt service on defendant Hashem in accordance with Federal Rule of Civil Procedure 4(f). In light of the current status of service of process, the status conference will be continued.

/////

/////

IT IS HEREBY ORDERED that:

1. This matter is set for a Further Status (Pretrial Scheduling) Conference on **Friday March 6, 2009, at 11:00 a.m.**, in Courtroom No. 27 before the undersigned.

2. All parties are required to appear at the Status (Pretrial Scheduling) Conference by counsel or, if acting without counsel, in propria persona. Any party may appear at the conference telephonically. To arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than three days before the Status (Pretrial Scheduling) Conference.

3. Plaintiff shall file and serve a status report on or before **February 20, 2009,** and each defendant shall file and serve his separate status report on or before **February 27, 2009**. Each party's status report shall address all of the following matters:

    a. Progress of service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including the setting of appropriate cut-off dates for discovery and law and motion, and the scheduling of a final pretrial conference and trial;

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i. Whether the case is related to any other case, including matters in bankruptcy;

    j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his

so acting, or whether they prefer to have a Settlement Conference before another judge;

    k.    Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

    l.    Any other matters that may aid in the just and expeditious disposition of this action.

4. Plaintiff shall serve a copy of this order on any additional defendant served with the complaint and summons prior to the status conference set for March 6, 2009.

DATED: November 21, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\intlraelianmovement0687.furthersc2.ord