THOMAS EASTON CSB #109218
LAW OFFICE OF THOMAS EASTON
967 Sunset Drive
Springfield, Oregon 97477
Tel/Fax: 541-746-1335
easton3535@gmail.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTERNATIONAL RAELIAN MOVEMENT (IRM), a Foreign Corporation,**<br><br>**Plaintiff,**<br>**v.**<br>**ABDULLAH HASHEM, JOSEPH MCGOWEN, DRAGONSLAYER PRODUCTIONS, HASHEM(S) FILMS, MUSLIMS UNITED TV and DOES I-XX.**<br><br>**Defendants.** | NO. 2:08-cv-00687-FCD-DAD<br><br>**STIPULATION AND ORDER** |

### STIPULATION AND ORDER

Pursuant to the terms of the settlement agreement, the parties hereby request the Court dismiss with prejudice the complaint as to Joseph McGowen.

DATED: May 6, 2009.                          _____/s/_____
                                                                Joseph McGowen, in pro per

DATED: April 3, 2009.                       _____/s/_____
                                                                Thomas Easton, Esq.
                                                               Attorney for Plaintiffs

**IT IS SO ORDERED**.

DATED: May 14, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE