IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL RAELIAN MOVEMENT (IRM), a Foreign Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ABDULLAH HASHEM, JOSEPH MCGOWEN, DRAGONSLAYER PRODUCTIONS, HASHEM(S) FILMS, MUSLIMS UNITED TV and DOES I-XX,<br><br>        Defendants.<br>_____/ | No. CIV S-08-0687 FCD DAD<br><br><br><br><br><br><br><br>ORDER |

        After defendant Joseph McGowen appeared in this action <u>in propria persona</u> on June 4, 2008, the assigned district judge referred the matter to the undersigned. By stipulation and order filed May 14, 2009, defendant McGowen was dismissed from the case with prejudice. No other defendant has appeared in the action, and on October 22, 2009, the Clerk of the Court entered the defaults of defendants Abdullah Hashem and Hashem(s) Films.

        This is no longer a case in which all plaintiffs or all defendants who have appeared are proceeding <u>in propria persona</u>. Accordingly, the case will now be referred back to the assigned district judge for further proceedings, as provided in Local Rule 72-302(c)(21).

1

Plaintiff is advised, however, that any motion for default judgment should be noticed for hearing before the undersigned pursuant to Local Rule 72-302(c)(19).

The Status (Pretrial Scheduling) Order issued by the undersigned prior to the dismissal of pro se defendant McGowen is moot and will be vacated.

IT IS ORDERED that:

1. Pursuant to Local Rule 72-302(c)(21), this action is referred back to the assigned district judge for further proceedings, and the docket shall be modified to reflect that this case is not a Pro Se case;

2. All documents hereafter submitted for filing in the case shall bear case number Civ. S-08-0687 FCD DAD or 2:08-cv-0687 FCD DAD; and

3. The Status (Pretrial Scheduling) Order filed March 23, 2009 (Doc. No. 25) and all dates set therein, including Final Pretrial Conference set for January 15, 2010 before the undersigned and Jury Trial set for April 6, 2010 before the assigned district judge, are vacated.

DATED: October 26, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\intlraelianmovement0687.ord.referback

2