IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL RAELIAN MOVEMENT (IRM), a Foreign Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>ABDULLAH HASHEM, JOSEPH MCGOWEN, DRAGONSLAYER PRODUCTIONS, HASHEM(S) FILMS, MUSLIMS UNITED TV and DOES I-XX,<br><br>            Defendants.<br>_____/ | No. CIV S-08-0687 FCD DAD<br><br><br><br><br><br><br><br>ORDER |

      This matter came before the court on December 4, 2009, for hearing of plaintiff's properly noticed motion for default judgment against defaulted defendants Abdullah Hashem and Hashem's Films.  Thomas Easton, Esq. appeared telephonically on behalf of plaintiff International Raelian Movement.  No appearance was made by or on behalf of the defaulted defendants, and no opposition to the motion was filed.

      For the reasons set forth on the record, plaintiff was granted additional time to file supplemental briefing on the issues discussed at the hearing and to file a voluntary dismissal of unserved defendants Dragonslayer Productions, Muslims United TV, and Does I-XX.

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for default judgment (Doc. No. 38) is re-set for hearing on January 29, 2010 at 10:00 a.m. in Courtroom 27 before the undersigned;

2. Plaintiff's supplemental briefing shall be filed on or before January 15, 2010;

3. Plaintiff shall serve the supplemental briefing and a copy of this order on the defaulted defendants in the same manner that the motion for default judgment was served; and

4. Prior to January 29, 2010, plaintiff shall file its voluntary dismissal of unserved defendants Dragonslayer Productions, Muslims United TV and Does I-XX as indicated by counsel at the hearing.

DATED: December 7, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\intlraelian0687.oah.120409