IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INTERNATIONAL RAELIAN
MOVEMENT (IRM), a Foreign
Corporation,

       Plaintiff,                  2:08-cv-0687 FCD DAD

    vs.

ABDULLAH HASHEM and
HASHEM(S) FILMS,
                                    ORDER
       Defendants.
_____/

        Plaintiff seeks default judgment against the remaining defendants in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

        On September 1, 2010, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Plaintiff has filed timely objections.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

1  by proper analysis.  The denial of plaintiff's motion for default judgment is without prejudice to
2  the filing of a second motion that cures the defects noted by the magistrate judge in his findings
3  and recommendations.

4          Accordingly, IT IS HEREBY ORDERED that:

5          1.  The findings and recommendations filed September 1, 2010 (Doc. No. 47) are
6  adopted in full;

7          2.  Plaintiff's October 27, 2009 motion for default judgment (Doc. No. 38) is
8  denied without prejudice; and

9          3.  Plaintiff is granted 45 days to file a second motion for default judgment.

10  DATED: September 28, 2010.

                FRANK C. DAMRELL, JR.
                UNITED STATES DISTRICT JUDGE