UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA


OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814


International Raelian Movement (IRM)

       v.

Abdullah Hashem and Hashem(s) Films

_____


DEFAULT JUDGMENT

Case No. CIV S-2:08-CV-0687 GEB DAD


IT IS ORDERED AND ADJUDGED default judgment is hereby
ENTERED against defendant:

      Abdullah Hashem and Hashem(s) Films


September 15, 2011

                        VICTORIA C. MINOR, CLERK


                        By:  _/s/ M. Marciel____
                        M. Marciel, Deputy Clerk